UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VERMONT

In Re:  Linda A. MacCoy  )  Case No. 10-10533
                        )
                        )  Chapter 13

## ORDER FOR
## RELIEF FROM AUTOMATIC STAY

This is an Order regarding the automatic stay imposed pursuant to 11 U.S.C. §362 and §1301. This matter came before the Court on the Motion for Relief from Automatic Stay of Secured Creditor, US Bank National Association, pursuant to the Notice and Opportunity procedures of V.L.B.R. 4001(c).

Notice having been given, good cause shown and no objections received, the Motion of US Bank National Association is GRANTED.

It is therefore ORDERED that the automatic stay imposed by Title 11 §362 and §1301 is vacated and leave granted to the Secured Creditor, US Bank National Association, to proceed with a foreclosure action, in Windsor Superior Court against certain real property located at 81 Corporation Road in the Town of Rochester, County of Windsor, State of Vermont, which property is more particularly described in the subject Mortgage recorded at Volume 80, Page 286 of the Rochester Land Records.

It is further ORDERED that Secured Creditor shall be permitted to communicate with the Debtor and Debtor's attorney to the extent necessary to comply with applicable non-bankruptcy law and engage in voluntary loss mitigation.

It is further ORDERED that any surplus generated beyond the foreclosure judgment amount by the sale of the subject property be turned over to the Trustee in this matter, Jan Sensenich, Esq., and, in any event, that Trustee, Jan Sensenich, Esq., be provided an accounting of the sale proceeds.

DATED at _____Burlington_____, Vermont this __21st__ day of __March_____, 2011.

_____
Hon. Colleen A. Brown
U.S. Bankruptcy Judge



Filed & Entered
On Docket
March 21, 2011